UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to: All Actions
_____

### NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

       I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

       Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
       Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
       William Cook Europe ApS


Dated: June 12, 2025                        Respectfully submitted,

                                           FAEGRE DRINKER BIDDLE & REATH LLP

                                           _/s/ Blake T. Lehr_____
                                           Blake T. Lehr, #36398-02
                                           Andrea Roberts Pierson (#18435-49)
                                           Kip S. M. McDonald (#29370-49)
                                           FAEGRE DRINKER BIDDLE & REATH LLP
                                           300 N. Meridian Street, Suite 2500
                                           Indianapolis, Indiana 46204
                                           Telephone (317) 237-0300
                                           Facsimile (317) 237-1000
                                           blake.lehr@faegredrinker.com
                                           andrea.pierson@faegredrinker.com
                                           kip.mcdonald@faegredrinker.com

                                           *Attorneys for Defendants*

Cook Medical, LLC, f/k/a Cook Medical Inc., Cook
Incorporated, Cook Group Incorporated, and William
Cook Europe Aps

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 12, 2025, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

/s/ Blake T. Lehr